UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARISSA RAMIREZ,

        Plaintiff,

-vs-                                  Case No. 6:05-cv-396-Orl-18DAB

BIG APPLE CONSULTING USA, INC.,

        Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion filed herein:

| MOTION: | MOTION TO REOPEN CASE (Doc. No. 12) |
|---|---|
| FILED: | May 24, 2005 |
| THEREON it is RECOMMENDED that the motion be GRANTED. | |

| MOTION: | MOTION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 13) |
|---|---|
| FILED: | May 24, 2005 |
| THEREON it is RECOMMENDED that the motion be GRANTED, in part and DENIED, in part. | |

On May 4, 2005, the District Court granted Plaintiff's motion to approve the settlement agreement in this action, which specifically preserved the court's jurisdiction to consider entitlement

*So ordered*
*7 July 05*
*G. KENDALL SHARP*
*U.S. DISTRICT JUDGE*