# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLARISSA RAMIREZ,

          Plaintiff,

-vs-                                        Case No. 6:05-cv-396-Orl-18DAB

BIG APPLE CONSULTING USA, INC.,

          Defendant.

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO REOPEN CASE (Doc. No. 12)** |
| **FILED:** | May 24, 2005 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 13)** |
| **FILED:** | May 24, 2005 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED, in part and DENIED, in part.** | |

On May 4, 2005, the District Court granted Plaintiff's motion to approve the settlement agreement in this action, which specifically preserved the court's jurisdiction to consider entitlement

*[handwritten: So ordered 7 July 05]*
*G. KENDALL SHARP*
*U.S. DISTRICT JUDGE*